UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOAN DEDEWO,

                  Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY
U.S. ATTORNEY GENERAL,

                  Respondents.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
05-CV-389
(NAM)(DRH)

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
AUG 3 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the REAL ID Act § 106(a), is the exclusive means of review of an administrative order of removal, deportation, or exclusion and is a petition for review to the appropriate court of appeals, and

IT IS FURTHER STIPULATED that pursuant to the REAL ID Act § 106(c), the District Court "shall transfer" this case which was filed before May 11, 2005, to the appropriate court of appeals, and

IT IS FURTHER STIPULATED that the petitioner herein challenges an administrative order of removal which was the result of immigration proceedings completed within this Circuit, and

**IT IS HEREBY AGREED** that the instant petition be hereby transferred to the Second Circuit Court of Appeals and to the extent that the District Court enters a stay of removal, said stay remains in place until further notice from the Court of Appeals.

Dated:

                                                GLENN T. SUDDABY
                                                United States Attorney
                                                P.O. Box 7198
                                                100. S. Clinton Street
                                                Syracuse, New York 13261-7198

By: [signature]
      William H. Pease
      Assistant U.S. Attorney
      Bar Roll No. 102338

Dated: 7-28-05

      [signature]
      Samuel N. Iroegbu, Esq.
      Attorney for Petitioner
      2 Colby Street, Suite #6
      Albany, New York 12206

SO ORDERED: August

      [signature]
      HON. NORMAN A MORDUE
      U.S. DISTRICT COURT JUDGE